U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS –EASTERN DIVISION
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of
James Rutherford, Plaintiff,
v.
Medgyn Products, Inc., Lakshman Agadi and
Ramesh Vyas, Defendants.

07cv6259
JUDGE LEFKOW
MAG. JUDGE SCHENKIER

JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, James Rutherford

FILED
JN
NOV X 5 2007
Nov. 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Alan Barinholtz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alan Barinholtz |
| FIRM |
| Law Offices of Alan Barinholtz, P.C. |
| STREET ADDRESS |
| 55 West Monroe Street-Suite 3330 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603       EMAIL alan@barinholtz.com |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| ARDC # 3126802 | (312) 704-4000 |

| | | | |
| --- | --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [x] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]