IN THE U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD<br><br>    Plaintiff,<br><br>    v.<br><br>MEDGYN PRODUCTS, INC., LAKSHMAN AGADI AND RAMESH VYAS, PERSONALLY<br><br>    Defendants. | File No.: 07 C 006259<br><br>Judge Joan H. Lefkow |

## NOTICE OF FILING

Alan Barinholtz
Law Offices of Alan Barinholtz, P.C.
55 W. Monroe Street, Suite 3330
Chicago, Illinois 60603

    YOU ARE HEREBY NOTIFIED that pursuant to the provisions of the Rules of the U.S. District Court for the Northern District of Illinois, we have on November 14, 2007, filed the Appearance for Defendants by Vincent M. Casieri, a copy of which is attached.

*Katherine Rodosky*
An Attorney for Defendant

Katherine A. Rodosky
Vincent M. Casieri
Schueler, Dallavo & Casieri
233 South Wacker Drive, Suite 6150
Chicago, Illinois 60606
(312) 831-1090

## CERTIFICATE OF SERVICE

    The undersigned, a non-attorney, hereby certifies that she served the above described documents by the court's ECF electronic filing system, and by mailing a copy to the above-named attorney at the above-stated address by depositing same in the U.S. Mail at 233 South Wacker Drive, Suite 6150, Chicago, Illinois 60606 at or before 5:00 p.m. on November 14, 2007, with proper postage prepaid.

_____

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Rutherford, James, Plaintiff<br>v.<br>Medgyn Products, Inc, Lakshman Agadi and<br>Ramesh Vyas, Defendants | Case Number: 07 C 006259 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Medgyn Products, inc., Lakshman Agadi and Ramesh Vyas

| |
|---|
| NAME (Type or print)<br>Vincent M. Casieri |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Vincent M. Casieri |
| FIRM<br>Schueler, Dallavo & Casieri |
| STREET ADDRESS<br>233 S. Wacker Drive, Suite 6150 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6210064 | TELEPHONE NUMBER<br>(312) 831-1090 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |