IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES RUTHERFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Lefkow |
| | ) | |
| v. | ) | Magistrate Judge Schenkier |
| | ) | |
| MEDGYN PRODUCTS, INC., | ) | Case No. 07-C-6259 |
| LAKSHMAN AGADI, and | ) | |
| RAMESH VYAS | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF DEFENDANTS' COUNSEL**

Pursuant to Local Rule 83.17, Defendants Medgyn Products, Inc ("Medgyn"), Lakshman Agadi and Ramesh Vyas and their current attorneys of record hereby move for Withdrawal and Substitution of Counsel and for leave for Defendants' new counsel to file their Appearances in this matter.  In support of this Motion, they state as follows:

1.  Defendants are currently represented by Vincent Casieri and Katherine Rodosky of Schueler, Dallavo & Casieri, 233 S. Wacker Drive, Suite 6150, Chicago, IL 60606.

2.  Defendants request that their current counsel of record be permitted to withdraw from representing them and, in their stead, that Michael Cramer and Matthew Levine of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 20 S. Clark Street, 25th Floor, Chicago, Illinois 60603, be permitted to request leave to file appearances and be substituted as its counsel of record for all three Defendants going forward.

3. Alan Barinholtz, counsel for Plaintiff James Rutherford, has been apprised of this request and has no objection to the requested withdrawal and substitution.

4. This withdrawal and substitution is not sought for delay, but in the best interests of the Defendants.

WHEREFORE, Defendants Medgyn, Agadi and Vyas respectfully request that their Motion for Withdrawal and Substitution of Counsel be GRANTED, that Vincent Casieri and Katherine Rodosky be permitted to withdraw as Defendants' counsel of record, and that Michael Cramer and Matthew Levine be granted leave to file Appearances and be substituted in as Defendants' counsel of record.

Respectfully submitted,

MEDGYN PRODUCTS, INC.,
LAKSHMAN AGADI, and
RAMESH VYAS

By: _____
Vincent Casieri

SCHUELER, DALLAVO & CASIERI
233 S. Wacker Drive, Suite 6150
Chicago, IL 60606
(312) 831-1099 – Telephone
(312) 831-4144 – Facsimile

By: _____
Katherine Rodosky

SCHUELER, DALLAVO & CASIERI
233 S. Wacker Drive, Suite 6150
Chicago, IL 60606
(312) 831-1099 – Telephone
(312) 831-4144 – Facsimile

By: s/ Michael H. Cramer
ARDC No. 6199313

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
20 S. Clark Street, 25th Floor
Chicago, Illinois 60614
(312) 558-1220 – Telephone
(312) 807-3619 – Facsimile


By: s/ Matthew S. Levine
ARDC No. 6293222

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
20 S. Clark Street, 25th Floor
Chicago, Illinois 60614
(312) 558-1220 – Telephone
(312) 807-3619 – Facsimile

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 2, 2008, he electronically filed the foregoing AGREED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF DEFENDANTS' COUNSEL. Notice of this filing will be sent via the Court's electronic filing system to:

> Mr. Vincent Casieri
> Ms. Katherine Rodosky
> SCHUELER, DALLAVO & CASIERI
> 233 S. Wacker Drive, Suite 6150
> Chicago, IL 60606

> Alan Barinholtz
> William H. Barrett
> LAW OFFICES OF ALAN BARINHOLTZ, PC
> 55 W. Monroe St., Suite 3330
> Chicago, IL 60603
> alan@barinholtz.com

    s/ Michael H. Cramer
        One of Their Attorneys

5409419.1