IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD, | ) |
| | ) |
| Plaintiff, | ) Judge Lefkow |
| | ) |
| v. | ) Magistrate Judge Schenkier |
| | ) |
| MEDGYN PRODUCTS, INC., | ) Case No. 07-C-6259 |
| LAKSHMAN AGADI, and | ) |
| RAMESH VYAS, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S AGREED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, MedGyn Products, Inc. ("MedGyn"), Lakshman Agadi and Ramesh Vyas, by and through their undersigned attorneys, pursuant to Rule 6 of the Federal Rules of Civil Procedure, and with the agreement of Plaintiff's counsel, hereby move for an order granting them a 20-day extension until and including January 24, 2008 to answer or otherwise plead in this matter. In support hereof, Defendants state as follows:

1. Plaintiff delivered his Complaint to Defendants on or about November 5, 2007.

2. On or about November 12, 2007, Katherine Rodosky, an attorney for Defendants, signed and returned to Plaintiff's counsel a Waiver of Service of Summons on behalf of all three Defendants. Thus, Defendants' responsive pleading is currently due on January 4, 2008.

3. The Complaint alleges that Plaintiff was discharged in retaliation for activity protected under the Fair Labor Standards Act.

4. Defendants recently engaged new counsel, Michael Cramer and Matthew Levine of Ogletree, Deakins, Nash, Smoak & Stewart, PC. New counsel only recently received the Complaint, and are currently in the process of gathering information and investigating the allegations of the Complaint.

5. Plaintiff's counsel, Alan Barinholtz, has been contacted and apprised of Defendants' request for additional time, and has agreed to this requested extension.

6. A status conference in this case is currently set for January 24, 2008.

7. This motion is made upon the grounds stated and not for the purpose of delay.

WHEREFORE, Defendants respectfully request that an Order be entered granting them until January 24, 2007 to answer or otherwise plead.

Respectfully submitted,

MEDGYN PRODUCTS, INC.,
LAKSHMAN AGADI, and
RAMESH VYAS,

By: s/ Michael H. Cramer
    One of Their Attorneys

Michael H. Cramer (ARDC No. 6199313)
Matthew S. Levine (ARDC No. 6293222)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
20 S. Clark St., 25th Floor
Chicago, IL  60603
312-558-1220

Dated: January 2, 2008

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 2, 2008, he electronically filed the foregoing Agreed Motion for an Extension to Answer or Otherwise Plead. Notice of this filing will be sent via the Court's electronic filing system to:

> Alan Barinholtz
> William H. Barrett
> LAW OFFICES OF ALAN BARINHOLTZ, PC
> 55 W. Monroe St., Suite 3330
> Chicago, IL  60603
> alan@barinholtz.com

s/ Michael H. Cramer
One of Their Attorneys

5408544.1/016818/000001/MedGyn/Rutherford.doc