IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD, | ) |
| | ) |
| Plaintiff, | ) Judge Lefkow |
| | ) |
| v. | ) Magistrate Judge Schenkier |
| | ) |
| MEDGYN PRODUCTS, INC., | ) Case No. 07-C-6259 |
| LAKSHMAN AGADI, and | ) |
| RAMESH VYAS | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

**TO:**   **Alan Barinholtz**
**William H. Barrett**
**LAW OFFICES OF ALAN BARINHOLTZ, PC**
**55 W. Monroe St., Suite 3330**
**Chicago, IL  60603**

PLEASE TAKE NOTICE that on **Tuesday, January 8, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1925, United States District Courthouse, 219 South Dearborn Street, Dirksen Federal Building, Chicago, Illinois, and then and there present the attached **MedGyn Products, Inc.'s Agreed Motion for Extension of Time to Answer or Otherwise Plead,** a copy of which is hereby served upon you.

                                            Respectfully submitted,

                                            MEDGYN PRODUCTS, INC.,
                                            LAKSHMAN AGADI, and
                                            RAMESH VYAS,

                                            By: s/ Michael H. Cramer
                                                One of Their Attorneys

Michael H. Cramer (ARDC No. 6199313)
Matthew S. Levine (ARDC No. 6293222)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
20 S. Clark St., 25th Floor
Chicago, IL  60603
312-558-1220                                                                      Dated: January 2, 2008

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 2, 2008, he electronically filed the foregoing Agreed Motion for Extension of Time to Answer or Otherwise Plead and Notice of Motion.  Notice of this filing will be sent via the Court's electronic filing system to:

>Alan Barinholtz
>William H. Barrett
>LAW OFFICES OF ALAN BARINHOLTZ, PC
>55 W. Monroe St., Suite 3330
>Chicago, IL  60603
>alan@barinholtz.com

>s/ Michael H. Cramer
>   One of Their Attorneys

5408790.1/016818/000001/Notice of Motion.doc