**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JAMES RUTHERFORD V. MEDGYN PRODUCTS, INC.,<br>LAKSHMAN AGADI, and RAMESH VYAS | Case Number: 07-C-6259 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS
(MEDGYN PRODUCTS, INC., LAKSHMAN AGADI, and RAMESH VYAS)

| |
|---|
| NAME (Type or print)<br>Michael H. Cramer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael H. Cramer |
| FIRM<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| STREET ADDRESS<br>Two First National Plaza, 20 S. Clark Street, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6199313 | TELEPHONE NUMBER<br>312/558-1240 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐