Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6259 | **DATE** | 1/8/2008 |
| **CASE TITLE** | Rutherford vs. Medgyn Products, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for withdrawal and substitution of counsel [10] is granted.  Vincent Casieri and Katherine Rodonsky are withdrawn and Michael Cramer and Matthew Levine are granted leave to file their appearances on behalf of defendants.  Defendants' agreed  motion for extension of time to 1/24/2008 to answer or otherwise plead [12] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|