Ctt

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 07-C-6259

JAMES RUTHERFORD V. MEDGYN PRODUCTS, INC.,
LAKSHMAN AGADI, and RAMESH VYAS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS
(MEDGYN PRODUCTS, INC., LAKSHMAN AGADI, and RAMESH VYAS)

**FILED**

JAN - 9 2008
Jan 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Matthew S. Levine | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Matt Levine | |
| FIRM Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | |
| STREET ADDRESS Two First National Plaza, 20 S. Clark Street, Suite 2500 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6293222 | TELEPHONE NUMBER 312/558-1236 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |