Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6259 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Rutherford vs. Medgyn Products, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Scheduling conference held. Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 5/7/2008. Non-expert discovery will close on 7/5/2008. Cut-off date for designation of plaintiff's trial expert(s) is 10/7/2008; for defendant's trial expert(s) is 11/7/2008. Status hearing is set for 3/25/2008 at 9:30 a.m. for report on the possibility of settlement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|