UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 07 C 6259 |
| vs. | ) Judge Joan H. Lefkow ) ) |
| MEDGYN PRODUCTS, INC., LAKSHMAN AGADI AND RAMESH VYAS, | ) ) ) |
| Defendants. | ) |

## ~~PROPOSED~~ SCHEDULING ORDER

The parties, having held a scheduling conference attended by **Alan Barinholtz,** for the plaintiff(s) and **Michael H. Cramer** for the defendant(s), as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A) The parties believe that an early settlement conference **will** result in the disposition of the case.

(B) The parties shall have until **April 7, 2008** to make Rule 26(a)(1) disclosures.

(C) The following amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by **May 7, 2008**. Amendments thereafter may be made only on motion for good cause shown.

(D) Non-expert discovery will close on **July 5, 2008.**

(E) The cut-off date for designation of plaintiff's trial expert(s) as provided in Fed. R. Civ. P. 26(a)(2) is **October 7, 2008**; for defendant's trial expert(s), **November 7, 2008**. Depositions of the experts shall be taken within **30 days** of designation. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

**Dispositive Motions**

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be held on ~~August 7, 2008~~ *a future date* at which time the parties will report on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Any dispositive motions (motions for summary judgment) will be presented with a proposed agreed briefing schedule by ~~August 7, 2008~~. *a date to be set later*.

**Consent to Proceed Before a Magistrate Judge**

The parties **do not consent** to have their case proceed before a magistrate judge.

**Trial, Pretrial Conference, Pretrial Order**

(A) The case shall be ready for jury trial by ~~February, 2009~~ *a future date*; the trial is projected to last **3** days.

(B) ~~A joint pretrial order will be filed on January 16, 2009. Plaintiff's draft shall be served on defendant(s) by January 9, 2009 and defendant's draft shall be served on plaintiff(s)~~ by January 13, 2009.

(C) Motions *in limine*, and responses thereto, shall be filed with the joint final pretrial order. (No reply briefs will be accepted on motions *in limine*.) Three copies of the pretrial order shall be delivered to chambers no less than one week prior to the date of the pretrial conference, which will be set on *a later date*.

This order shall not be modified except by leave of court on motion for good cause shown.

ENTER:

Date: MAR 0 6 2008

JOAN HUMPHREY LEFKOW
U.S. District Judge