IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Rutherford, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07 C 6259 |
| | ) Judge Joan H. Lefkow |
| Medgyn Products, Inc., Lakshman Agadi and Ramesh Vyas, | ) Magistrate Judge Schenkier ) ) |
| Defendants. | ) ) |

**FILED**
MAY 09 2008
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James Rutherford and Defendants Medgyn Products, Inc., Lakshman Agadi and Ramesh Vyas, pursuant to Fed.R.Civ.P. 41 (a)(1)(ii), hereby stipulate and agree that Plaintiff James Rutherford's claims in the above-captioned matter shall be dismissed with prejudice in their entirety, with each party bearing its own costs and attorneys' fees.

| /s/ Alan Barinholtz | /s/ Michael H. Cramer |
|---|---|
| Alan Barinholtz (3126802) | Michael H. Cramer (6199313) |
| Law Offices of Alan Barinholtz, P.C. | Matthew S. Levine (6293222) |
| 55 West Monroe Street, Suite 3330 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| Chicago, Illinois 60603 | Two First National Plaza |
| (312) 704-4000 | Twenty-Fifth Floor |
| | 20 South Clark Street |
| | Chicago, Illinois 60603-1891 |
| | (312) 558-1220 |
| ATTORNEY FOR PLAINTIFF JAMES RUTHERFORD | ATTORNEYS FOR DEFENDANTS MEDGYN PRODUCTS, INC., LAKSHMAN AGADI and RAMESH VYAS |

6289230.1