## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6259 | **DATE** | 5/12/2008 |
| **CASE TITLE** | Rutherford vs. Medgyn Products, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation of Dismissal With Prejudice, case dismissed with prejudice, with each party bearing its own costs and fees. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|